**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Marie Black,

        Plaintiff,                            Civil No. 06-1477 (RHK/RLE)

vs.                                            **ORDER**

Independent School District No. 316,

        Defendant.

---

       This matter is venued in the Fifth Division.

       All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: October 2, 2006

                                                            s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge