UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Marie Black,                                                   Civil No.  06-1477 (RHK/RLE)

        Plaintiff                                        **ORDER**

v.

Independent School District No. 316,

        Defendant.

---

       Plaintiff's December 29, 2006 letter request (Doc. No. 30) for a one-week

extension to submit a responsive memorandum is **GRANTED**.  Plaintiff's responsive

memorandum shall be served and filed by January 10, 2007.  Defendant's reply

memorandum shall be served and filed by January 18, 2007.


DATED:  January 3, 2007


                    s/Richard H. Kyle
                    RICHARD. H. Kyle
                    United States District Judge