**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Marie Black,                                                  Civil No. 06-1477 (RHK/RLE)

       Plaintiff,                    **AMENDED NOTICE OF TRIAL AND**
                                                           **SCHEDULE FOR SUBMISSION**
vs.                                                           **OF TRIAL MATERIALS**

Independent School District No. 316,

       Defendant.

_____

The above matter is deemed ready for trial before the undersigned as of June 1, 2007, in **DULUTH**, Minnesota.

The trial materials listed below are to be **EXCHANGED AND FILED** in accordance with the following schedule:

By May 15, 2007:

(1)    All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2)    Designation and copies of proposed deposition testimony;

(3)    Motions in Limine with supporting briefs; and

(4)    Trial Brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By May 22, 2007:

    (1) Responsive Briefs to Motions in Limine;

    (2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and

>   objected to deposition testimony shall be furnished simultaneously to the Court); and
>
>   (3) Replies to Trial Briefs.

By <u>May 25, 2007</u>:  Responses to the Written Objections.

Dated:  March 13, 2007

<u>s/Richard H. Kyle</u>
RICHARD H. KYLE
United States District Judge
