# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Marie Black, | Civil No. 06-1477 (RHK/RLE) |
| Plaintiff, | **SECOND AMENDED NOTICE OF TRIAL AND SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS** |
| vs. | |
| Independent School District No. 316, | |
| Defendant. | |

The above matter is deemed ready for trial before the undersigned as of June 1, 2007, in **DULUTH**, Minnesota.

The trial materials listed below are to be **EXCHANGED AND FILED** in accordance with the following schedule:

By <u>May 21, 2007</u>:

(1)  All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2)  Designation and copies of proposed deposition testimony;

(3)  Motions in Limine with supporting briefs; and

(4)  Trial Brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By <u>May 25, 2007</u>:

(1) Responsive Briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and

>objected to deposition testimony shall be furnished simultaneously to the Court); and
>
>(3) Replies to Trial Briefs.

By <u>May 30, 2007</u>:  Responses to the Written Objections.

Dated: May 7, 2007

<u>s/Richard H. Kyle</u>
RICHARD H. KYLE
United States District Judge
